# EXHIBIT 1



**SPLI Fax Numbers**
Payroll: (727) 437-0000
New Client Setup: (727) 682-6003

## SOUTH EAST PERSONNEL LEASING, INC. (SPLI*) EMPLOYEE LEASING APPLICATION *(SOLICITUD PARA CONTRATO DE EMPLEADOS ARRENDADOS)*

**FLEETWASH INC dba KRYSTAL KLEAN** — **JACKSONVILLE FL**
*Client Company Name (Compañía del Cliente)* — Location *(Ubicación)* (if multiple client locations/offices exist)

### SECTION 1 – TO BE COMPLETED BY THE EMPLOYEE *(SECCIÓN 1 – PARA SER COMPLETADO POR EL SOLICITANTE)*

- Last Name: **LALIberte**
- First Name: **John**
- MI: **A**
- SSN: [redacted]
- Applicant Address: **6816 Lonesome Pine Lane**
- Apt/Lot/Unit: —
- City: **Milton**
- State: **FL**
- Zip Code: **32570**
- Phone Number: **850-816-6516**
- Application Date: **2-24-2020**
- Birthdate: [redacted]
- Email Address: **browning8500@gmail.com**

**Federal Tax Filing Status and Allowances** (refer to Form W-4 for instructions)

- Status: [X] Single
- Total number of allowances: **0**
- Additional amount you want withheld each paycheck: $ **0**

Gender: [X] M [ ] F
Ethnicity: [X] White/Caucasian [X] Black/African American [ ] Hispanic/Latino [ ] Asian [X] American Indian/Alaskan Native [ ] Hawaiian/Pacific Islander [ ] Two or More Races

I understand and agree to the following: I am not yet a leased employee of SPLI. If I suffer an injury or have suffered an injury related to work while working for the Client Company but before I am accepted as a leased employee by SPLI, the Client Company (not SPLI) will be responsible for providing Workers' Compensation Coverage, even if I am paid by SPLI or subsequently accepted as an employee of SPLI. I will not be accepted as an employee of SPLI, and workers' compensation coverage will not be provided by SPLI for any accidents until after all pages of the SPLI Employee Leasing Application are completed and signed by me, the complete SPLI Employee Leasing Application is delivered to SPLI, and SPLI accepts me as a leased employee. The SPLI Employee Leasing Application includes all of the following documents: This page, the Applicant Acknowledgement, the Safe Working Practices Acknowledgement, Acknowledgement of the Post Accident/Reasonable Suspicion Program, Acknowledgement of Alcohol and Drug Policy, Arbitration Agreement, Form I-9, and Form W-4. The complete Form I-9, and Form W-4, including instructions, can be obtained at https://spli.com/docs.php.

Applicant Signature: *John LaLiberte* — Date: **2-24-2020**

### SECTION 2 – TO BE COMPLETED BY THE CLIENT COMPANY *(SECCIÓN 2 – PARA SER COMPLETADO POR EL CLIENTE)*

- Original Hire Date with Client: **02/24/2020**
- Job Description: **Technician**
- Work State: **FL**
- W/C Code: **9170**
- Home Department: **Industrial**
- Employee ID: **3711**
- Pay Rate and Method: [X] Hourly $ **15.00**
- Pay Cycle: [X] Bi-Weekly
- Employment Type: [X] FT Employee (> 30 hours avg. per week)

## APPLICANT ACKNOWLEDGEMENT *(RECONOCIMIENTO DEL SOLICITANTE)*

I, the undersigned applicant, acknowledge by my signature that I have been informed that if accepted as a leased employee of SPLI I will be leased to: **FLEETWASH INC dba KRYSTAL KLEAN** (Client Company). I further understand that if accepted as a leased employee of SPLI, either SPLI or I can terminate our relationship at any time, as I will be an at-will leased employee of SPLI. I also understand and agree that if accepted, while I am a leased employee of SPLI, if SPLI does not receive payment from the Client Company for services which I perform, SPLI will still pay me the applicable minimum wage (or the legally required overtime pay, at the applicable minimum wage rate, in a workweek in which I have worked overtime) for any such pay period and I agree to this method of compensation.

As a term of employment with SPLI, I understand and agree that all of my compensation for work done for the Client Company must be paid by SPLI. It is expressly prohibited for me to accept compensation from any source other than SPLI for work done for the Client Company without the express written consent from SPLI. The moment I accept compensation from any source other than SPLI for work performed for the Client Company without SPLI's written consent, my employment with SPLI will be automatically terminated/dissolved, effective the beginning of the pay period in which I received that compensation, even if SPLI is not yet aware of it and even if SPLI continues to pay me. Therefore, I understand and agree that if I receive any compensation from any source other than SPLI for work done for the Client Company without SPLI's written consent, I will be considered an employee of that source and not an employee of SPLI. I understand and agree that this means that if I get paid by any source other than SPLI for work done for the Client Company without SPLI's written consent and I get hurt while working, I will not be an employee of SPLI and will, therefore, not be covered by SPLI or SPLI's workers' compensation policy. This paragraph does not apply to tips from patrons.

I also agree to comply with any drug/alcohol testing policy, which SPLI has or may adopt. I specifically agree to post-accident drug/alcohol testing after every work injury regardless of whether I am able to give consent at that time. This document is my authority to post-accident drug/alcohol testing in all instances. SPLI is in agreement with the Federal Government that marijuana is a controlled substance and will not recognize medical marijuana as a legitimate prescription. A positive test result for marijuana will be treated the same as any other positive test result, even if an employee has a medical marijuana prescription. I acknowledge that I am required to promptly report all incidents of discrimination, harassment, or retaliation, regardless of the offender's identity or position, to the Client Company. I further acknowledge that the Client Company is responsible for investigating my complaint and taking appropriate action, if any is determined to be necessary, to end or remediate the discrimination or retaliation. I further acknowledge and agree that because SPLI does not have actual control over my work with the Client Company, and as such is not in a position to know of any alleged discrimination, harassment, or retaliation, all action to end or remediate any discrimination, harassment, or retaliation must come solely from the Client Company.

*Yo, el solicitante infrascrito, reconozco atravez de mi firma que se me ha informado que si me aceptan como un empleado arrendado por SPLI seré arrendado a:* **FLEETWASH INC dba KRYSTAL KLEAN** *(Compañia del Cliente). Al igual entiendo que si me aceptan como empleado arrendado de SPLI, cualquier SPLI o Yo podemos terminar nuestra relación en cualquier momento, ya que seré un empleado arrendado de SPLI por mi propia voluntad. Yo también entiendo y estoy de acuerdo que si soy aceptado, mientras sea un empleado arrendado de SPLI, si SPLI no recibe pago por parte de la Compañia del Cliente por los servicios que yo preste, SPLI me pagara el salario mínimo aplicable (o el pago por tiempo extra exigido por la ley, a la tasa de salario aplicable en una semana de trabajo durante la cual yo haya laborado tiempo extra) por cualquier periodo de pago y yo estoy de acuerdo con este método de Compensación.*

*Como un término de empleo con SPLI, yo entiendo y estoy de acuerdo que toda mi Compensación por trabajo prestado mediante a la Compañia del Cliente debe de ser pagada atravez de SPLI. Esta expresamente prohibido el aceptar Compensación de cualquier otra fuente que no sea SPLI por trabajo prestado para la Compañia del Cliente sin el consentimiento por escrito de SPLI. En el momento que Yo acepte Compensación de otra fuente que no sea SPLI por trabajo prestado para la Compañia del Cliente sin el consentimiento por escrito de SPLI, mi empleo con SPLI sera automáticamente terminado/disuelto, efectivamente iniciando el periodo de pago en el cual Yo recibí la Compensación, aun si SPLI no este enterado de esto y aun si SPLI continué pagándome. Por lo tanto, Yo entiendo y estoy de acuerdo que si Yo recibo cualquier Compensación de cualquier fuente aparte de SPLI por trabajo prestado para la Compañia del Cliente sin el consentimiento por escrito de SPLI, Yo seré considerado un empleado de esa fuente y no un empleado de SPLI. Yo entiendo y estoy de acuerdo que esto significa que si Yo recibo pago de otra fuente que no sea SPLI por trabajo prestado para la Compañia del Cliente sin el consentimiento por escrito de SPLI y me lastimo mientras estoy haciendo mi trabajo, no seré un empleado de SPLI y por lo tanto no seré cubierto por SPLI o por la póliza de Compensación de obreros de SPLI. Este párrafo no se aplica a las propinas de patrones.*

*Yo también estoy de acuerdo en cumplir con cualquier póliza de pruebas de drogas/alcohol, la cual SPLI pueda adoptar. Yo especificamente estoy de acuerdo en la prueba de drogas//alcohol después de cada accidente en el trabajo aunque Yo no pueda dar consentimiento en ese momento. Este documento es mi autorización a una prueba de drogas//alcohol después de un accidente de trabajo en cualquier caso. SPLI está de acuerdo con el gobierno federal que la marijuana es una substancia controlada y no reconocerá la marijuana médica como prescripción legítima. Un resultado de prueba positivo para la marijuana será tratada igual que cualquier otro resultado de prueba positivo, aunque el empleado tenga una prescripción médica para la marijuana. Yo reconozco que es requerido que reporte prontamente al a Compañia del Cliente, todos incidentes de discriminación, acoso, o venganza, no importa la identificación o posición del ofensor. Yo también reconozco que la Compañia del Cliente es responsable de investigar mis quejas y tomar la acción apropiada, si determinada necesaria, para terminar o remediar la discriminación o venganza. Al igual reconozco y estoy de acuerdo que ya SPLI no tiene el control actual sobre mi trabajo con la Compañia del Cliente, y como tal no está en posición de saber sobre cualquier alegación de discriminación, acoso, o venganza, todas las acciones para terminar o remediar cualquier discriminación, acoso o venganza deben venir totalmente de la Compañia del Cliente.*

## SAFE WORKING PRACTICES ACKNOWLEDGEMENT *(RECONOCIMIENTO DE PRACTICAS DE SEGURIDAD DE TRABAJO)*

1. I agree to follow all safety requirements, procedures and practices, including but not limited to those imposed or recommended by: any government entity, OSHA, Client Company, SPLI or any other entity whatsoever without exception.
2. I agree to report any work-related accident, or injury, to my supervisor with the Client Company as soon as it occurs, without exception.
3. If I need treatment for a work-related injury, I agree to:
    A. Notify my supervisor with the Client Company of the need for treatment.
    B. Only go to Client Company/SPLI directed physicians for the initial treatment.
    C. On the initial visit, hand carry a Medical Authorization for Treatment form to the authorized treating facility.
    D. Notify SPLI or SPLI's workers' compensation carrier when I am referred to any specialist for treatment.
    E. Only go to SPLI or SPLI's workers' compensation carrier's directed specialists for care.

I understand that failure on my part, to follow the above procedures, could result in disciplinary action, not to exclude termination! I agree to inform SPLI of any safety violations I encounter in the workplace. I also understand that according to Section 440.09 (4) of the Florida Workers' Compensation Law, my compensation benefits could be reduced for any injury, which occurs because of a failure to follow established safety procedures. I understand if I do not report my accident to South East Personnel Leasing, Inc. within 30 days, my claim will be denied for lack of notice.

*1. Yo convengo en seguir todos los requerimientos, procedimientos y prácticas, incluyendo y no limitada a esas impuestas o recomendadas por: cualquier entidad gubernamental, OSHA, Compañia del Cliente, SPLI o cualquier otra entidad cualquiera sin excepción.*
*2. Yo convengo en reportar cualquier accidente relacionado al trabajo, o lesión, a mi supervisor de la Compañia del Cliente tan pronto como ocurra, sin excepción.*
*3. Si Yo necesito tratamiento médico por una lesión relacionada al trabajo, Yo convengo a:*
    *a. Notificar a mi supervisor de la Compañia del Cliente de la necesidad de tratamiento médico.*
    *b. Solo ver un médico asignado por la Compañia del Cliente/SPLI para el tratamiento inicial.*
    *c. En la visita inicial, llevar el formulario Autorización Medica para Tratamiento, para autorizar a esa facilidad proveer tratamiento médico*
    *d. Notificar a SPLI o portador de Compensación de obreros de SPLI cuando haya sido referido a un especialista para tratamiento médico.*
    *e. Solo ir a especialistas para tratamiento dirigido por SPLI o por el portador de Compensación de obreros de SPLI.*

*Yo entiendo que sería una falta de mi parte, si no he de seguir los procedimientos mencionados anteriormente, y puede resultar en una acción disciplinaria, no excluye terminación. Yo convengo a informar a SPLI de cualquier violación a la seguridad que yo encuentre en el lugar de trabajo. Yo también entiendo que de acuerdo a la Sección 440.09 (4) de las Leyes de Compensación de Obreros del Estado de La Florida, mis beneficios de Compensación pueden ser reducidos por cualquier lesión, que haya ocurrido por falta de seguir los procedimientos de seguridad establecidos. Yo entiendo si no reporto mi accidente a South East Personnel Leasing, Inc. en el plazo de 30 días, mi demanda seré negado por falta de aviso.*

## ACKNOWLEDGEMENT OF THE POST-ACCIDENT/REASONABLE SUSPICION PROGRAM *(RECONOCIMIENTO DEL PROGRAMA DE SOSPECHA RAZONABLE POSTERIOR AL ACCIDENTE)*

I understand that SPLI maintains a Post-Accident/Reasonable Suspicion Program requiring all leased employees to report to work in a substance free condition.

I have read, or had read to me, a copy of this policy and I understand the consequences of violating the policy, including my obligations under the Post-Accident/Reasonable Suspicion Policy. If I did not understand the policy, I have asked for and have received an explanation. I specifically understand that if I am injured on the job and have a confirmed positive test result; refuse to consent or submit to a drug or alcohol test; tamper with or adulterate a drug and/or alcohol specimen, refuse to authorize the release of drug or alcohol test results to Southeast, or otherwise violate this policy I may forfeit all benefits under this state's workers' compensation and unemployment compensation laws. SPLI is in agreement with the Federal Government that marijuana is a controlled substance and will not recognize medical marijuana as a legitimate prescription. A positive test result for marijuana will be treated the same as any other positive test result, even if an employee has a medical marijuana prescription. I understand that as a condition of my continued employment, where reasonable suspicion of drug and/or alcohol use exists, SPLI will require me to undergo substance screening by urinalysis for drugs and blood for alcohol. I hereby agree to submit to such tests including follow up to rehabilitation testing and the required post-accident testing. I further consent to the results of any such drug or alcohol tests being released to SPLI's authorized representative by the Medical Review Officer (MRO). I understand that I am legally authorized to receive a copy of this consent form if requested. The results will not be released to any additional parties without my written authorization, except I acknowledge that SPLI, agents of SPLI'S, and the testing laboratory will have access to the test results and may disclose such results to its attorney in connection with workers' compensation proceedings, and may use the test results when relevant to its defense in other civil or administrative matters. I release any testing facility personnel and/or any physicians who have tested me from any liability arising from a release or use of any and all test results, written reports, medical records and data concerning my test(s) to the appropriate SPLI officials. I further release all SPLI officials from liability arising from the release or use of the test results. I also understand that the Post-Accident/Reasonable Suspicion Policy and related documents are not intended to constitute a contract between the SPLI and me. I acknowledge receipt of a copy of this policy.

*Yo entiendo que SPLI mantiene el Programa de Sospecha Razonable Posterior al Accidente requiriendo que todos los empleados arrendados se reporten al trabajo en condición libre de drogas.*

*He leído, o me han leído, una copia de esta póliza y Yo entiendo las consecuencias de violar la póliza, incluyendo mis obligaciones de la póliza del Programa de Sospecha Razonable Posterior al Accidente. Si Yo no entendí la póliza, he pedido y he recibido una explicación. Yo específicamente entiendo que si me lesiono en el trabajo y rechazo someterme a una prueba de drogas o alcohol o mi resultado es positivo, Yo de tal modo puedo perder mi elegibilidad a todos los beneficios médicos, e indemnificacion de Compensación de obreros. Yo entiendo que como una condición para continuar mi empleo, donde hay sospecha razonable de uso de drogas y o de alcohol, SPLI requerirá que Yo me someta a una prueba urinaria de drogas y de sangre para alcohol. Yo convengo a someterme a estas pruebas incluyendo seguimiento pruebas de rehabilitación y las pruebas requeridas después de un accidente. SPLI está de acuerdo con el gobierno federal que la marijuana es una substancia controlada y no reconocerá la marijuana médica como prescripción legítima. Un resultado de prueba positivo para la marijuana será tratada igual que cualquier otro resultado de prueba positivo, aunque el empleado tenga una prescripción médica para la marijuana. Yo doy consentimiento a que los resultados de cualquier prueba de droga o alcohol hechas por un Oficial de Revisión Médica sean entregada al represéntate autorizado de SPLI. Yo entiendo que yo estoy legalmente autorizado a recibir una copia de este consentimiento en el caso de que yo lo requiera. El resultado no será entregado a ningún partido adicional sin mi autorización por escrito, excepto Yo convengo que SPLI, agentes de SPLI, y el laboratorio de pruebas tendrán acceso al resultado de la prueba y que puedan divulgar este resultado con sus abogados en coneccion a procedimientos de Compensación de obreros, y puedan usar el resultado de la prueba cuando sea relevante a su defensa en casos civiles o administrativos. Yo libero a cualquier personal de la facilidad de pruebas y o cualquier médico quien me haya tomado la prueba de cualquier responsabilidad proveniente de la entrega o de usar cualquier y todos los resultados, reportes escritos, expedientes médicos y datos que traten sobre mi prueba(s) a los oficiales apropiados de SPLI. Yo también libero a todos los oficiales de SPLI de cualquier responsabilidad proveniente de la comunicación o uso de tales resultados. Yo también entiendo que la Póliza del Programa de Sospecha Razonable Posterior al Accidente y los documentos relaciónados no están intencionados para constituir un contrato entre SPLI y Yo. Yo reconozco haber recibido una copia de esta póliza.*

## ACKNOWLEDGEMENT OF ALCOHOL AND DRUG POLICY *(RECONOCIMIENTO DE PRACTICAS DE SEGURIDAD DE TRABAJO)*

South East Personnel Leasing, Inc. has recognized that drug and alcohol abuse is a social problem, as well as a problem on the job site. We believe the abuse of alcohol and use of illegal drugs endangers the health and safety of the abuser(s) as well as others in the immediate area. South East is committed to maintaining a Post-Accident / Reasonable Suspicion Program without jeopardizing the job security of valued, but troubled employees, provided they seek help. Complying with South East's Post Accident / Reasonable Suspicion Program, as a condition of employment, requires an employee to refrain from reporting to work or working with the presence of illegal drugs or alcohol in his/her body. This prohibition includes the possession, use, or sale of illegal drugs and the abuse of alcohol. Company sponsored events or social activities, at which alcoholic beverages are served and consumed, will not be considered alcohol abuse just because alcohol is served. Employees, who are on the job site, under the influence of alcohol or illegal drugs are violating this policy and may be terminated. To maintain a safer and more rewarding place to work, it is important that we work together when dealing with a substance abuse problem.

*SouthEast Personnel Leasing, Inc. reconoce que el abuso de drogas y alcohol es un problema social, al igual que un problema en el lugar de trabajo. Nosotros creemos que el abuso de alcohol y el uso de drogas ilegales ponen en peligro la salud y seguridad del abusador(es) al igual que los demás en su área inmediata. SouthEast esta comprometido a mantener un Programa de Sospecha Razonable Posterior al Accidente sin poner en riesgo la seguridad de empleados valiosos, pero que tiene problemas, siempre y cuando estos soliciten ayuda. Al cumplir con el Programa de Sospecha Razonable Posterior al Accidente de SouthEast, como condición de empleo, requiere que el empleado se abstenga de presentarse a trabajar o que trabaje con la presencia de drogas ilegales o alcohol en su cuerpo. Esta prohibición incluye a la posesión, uso, o venta de drogas ilegales y del abuso de alcohol. Actividades socialeas realizadas por la compañía en las cuales se sirven y se consumen bebidas alcoholicas no seran consideras como abuso de alcohol solo por que se sirva alcohol. Empleados, que estén en el lugar de trabajo, bajo la influenza de alcohol o drogas ilegales están violando esta póliza y pueden ser despedido. Para mantener un lugar de trabajo seguro y gratificante, es importante que trabajemos unidos cuando estemos tratando con este problema de abuso de substancias.*

---

**I have read, or had read to me, and understand the APPLICANT ACKNOWLEDGEMENT, the SAFE WORKING PRACTICES ACKNOWLEDGEMENT, the ACKNOWLEDGEMENT OF THE POST-ACCIDENT/REASONABLE SUSPICION PROGRAM, and the ACKNOWLEDGEMENT OF ALCOHOL AND DRUG POLICY.**

*He leído, o se me ha leído, y comprendo el RECONOCIMIENTO DEL SOLICITANTE, el RECONOCIMIENTO DE PRACTICAS DE SEGURIDAD DE TRABAJO, el RECONOCIMIENTO DEL PROGRAMA DE SOSPECHA RAZONABLE POSTERIOR AL ACCIDENTE, y el RECONOCIMIENTO DE POLIZA DE ALCOHOL Y DROGA.*

| Applicant's Signature *(Firma del Solicitante)* | Printed Name *(Nombre Impreso del Solicitante)* | Date *(Fecha)* |
|---|---|---|
| [signed] John LaLiberte | John LaLiberte | 2-24-2020 |

Florida – Revised 3/1/2018 (Page 2 of 2)

## ARBITRATION AGREEMENT (*ACUERDO DE ARBITRAJE*)

Please read this document carefully. It describes how employment disputes, if any, will be handled, if they cannot be resolved internally. By accepting employment, you are agreeing to the terms of this Arbitration Agreement ("Agreement").

You agree and acknowledge that South East Personnel Leasing, Inc. and subsidiaries (collectively "SPLI"), your temporary staffing employer, if any, ("Temporary Staffing Employer"), and **FLEETWASH INC dba KRYSTAL KLEAN** (your "Worksite Employer"), and you will utilize binding arbitration to resolve all disputes that may arise out of the employment context.

In consideration of your employment and other good and valuable consideration, including but not limited to the promises herein and the compensation and benefits paid to you, the receipt and sufficiency of which is acknowledged by the parties, the parties agree to the following terms of this Agreement.

1. "SPLI Entities" includes SPLI's past, present and future parent entities (direct or indirect), subsidiaries (direct or indirect), affiliates, legal successors, predecessors, assigns, businesses, investors, as well as the owners, directors, officers, managers, members, shareholders, principals, employees and agents of same.

2. Any dispute or claim of any kind or nature between you and SPLI, any of the applicable SPLI Entities, your Temporary Staffing Employer, or your Worksite Employer arising out of, related to, or in connection with any aspect of your employment or its termination, including but not limited to claims for breach of contract, negligence, torts, unpaid wages or other wage payment or compensation-related claims, discrimination, harassment or retaliation in violation of Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1991, 42 U.S.C. § 1981, the Age Discrimination in Employment Act of 1967, the Americans With Disabilities Act of 1990, the Family and Medical Leave Act of 1993, the Fair Labor Standards Act, the Fair Credit Reporting Act, or any other federal, state or local law, will be settled by final and binding arbitration conducted by a single, neutral arbitrator. **IN AGREEING TO ARBITRATE CLAIMS, YOU AND SPLI, THE SPLI ENTITIES, YOUR TEMPORARY STAFFING EMPLOYER, AND YOUR WORKSITE EMPLOYER AGREE TO WAIVE THE RIGHT TO HAVE COVERED DISPUTES DECIDED BY A JUDGE OR JURY.** This Agreement applies to all disputes or claims that arose before and/or after this Agreement went into effect.

3. Claims for state employment insurance benefits (e.g., unemployment compensation, workers' compensation), and any other claims that, by law, cannot be required to be resolved by binding arbitration are not covered, and thus are not subject to arbitration. In addition, this Agreement does not prevent you from filing charges with, or participating in investigations conducted by, government agencies with oversight over employment la[w] including but not limited to the National Labor Relations Board and the U.S. Equal Employment Opportunity Commission. To the extent that a be[nefi]t plan specifies that a claim under the benefit plan be arbitrated under the benefit plan's arbitration process and/or procedures, then that arbitration process and/or procedures shall apply to the benefit claim.

4. The arbitration will be administered by the American Arbitration Association ("AAA") under its Employment Arbitration Rules and Mediation Procedures (including the Optional Rules for Emergency Measures of Protection), except as otherwise provided in this Agreement. These rules are available on the AAA's website located at: https://www.adr.org/.

5. Arbitration must be initiated by filing a written arbitration demand stating a description of the claim(s) and the remedy sought at any office of the AAA within the time limit established by the applicable substantive law's statute of limitations.

6. Arbitration will take place in the metropolitan area where you are or were last employed, unless prohibited by applicable law. The parties may agree to another location for the arbitration.

7. If SPLI, the SPLI Entities, your Temporary Staffing Employer, or your Worksite Employer files an arbitration claim, it will pay all arbitration fees and other forum costs charged by AAA. If you file an arbitration claim, you will pay an arbitration filing fee of $200 when the claim is filed; SPLI, the SPLI Entities, your Temporary Staffing Employer, or your Worksite Employer will pay for the remainder of the arbitration filing fees and all other arbitration forum costs charged by AAA. However, if it is determined by AAA that it would be an undue hardship on you to pay your $200 portion of the filing fee, then SPLI, the SPLI Entities, your Temporary Staffing Employer, or your Worksite Employer will pay that amount.

8. Upon a finding that a party has sustained its burden of persuasion in establishing a violation of applicable law, the arbitrator shall have the same power and authority as would a court to grant any relief, including costs and attorney's fees, in conformance with applicable principles of federal or state decisions and statutory law. The arbitrator shall issue an award in writing and state the essential findings and conclusions on which the award is based. Judgment on the award issued by the arbitrator may be entered in any court having jurisdiction.

9. The arbitrator has no authority to consolidate claims by different persons into one proceeding, nor shall the arbitrator have the power to [orde]r an arbitration as a group, class or collective action (a group, class or collective action includes an arbitration or lawsuit where representative m[emb]ers of a group who claim to share a common interest seek group, class or collective relief).

10. If a party files a lawsuit in court to resolve claims subject to arbitration, the parties agree that the court shall dismiss the lawsuit and require that the claims be resolved through arbitration as provided herein.

11. **CLASS OR COLLECTIVE ACTION WAIVER – BY ENTERING INTO THIS AGREEMENT YOU AND SPLI, THE SPLI ENTITIES, YOUR TEMPORARY STAFFING EMPLOYER, AND YOUR WORKSITE EMPLOYER WAIVE THE RIGHT TO COMMENCE OR BE PARTY TO ANY GROUP, CLASS OR COLLECTIVE ACTION CLAIM (OTHER THAN REPRESENTATIVE ACTIONS, SEPARATELY ADDRESSED IN PARAGRAPH 12 BELOW) IN ARBITRATION OR ANY OTHER FORUM ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH ANY ASPECT OF YOUR EMPLOYMENT AND SEPARATION. THE PARTIES AGREE THAT ANY CLAIM BY OR AGAINST YOU OR SPLI, THE SPLI ENTITIES, YOUR TEMPORARY STAFFING EMPLOYER, OR YOUR WORKSITE EMPLOYER WILL BE HEARD ON AN INDIVIDUAL BASIS WITHOUT CONSOLIDATION OF SUCH CLAIM WITH ANY OTHER PERSON'S OR ENTITY'S CLAIM. THIS PROVISION IS NOT APPLICABLE TO THE EXTENT SUCH WAIVER IS PROHIBITED BY THE LAW OF THE STATE IN WHICH YOU WORK. IF THIS PROVISION DOES NOT APPLY, THE GROUP, CLASS OR COLLECTIVE ACTION CLAIM MUST BE LITIGATED IN A CIVIL COURT OF COMPETENT JURISDICTION.**

12. **REPRESENTATIVE ACTION WAIVER – BY ENTERING INTO THIS AGREEMENT YOU AND SPLI, THE SPLI ENTITIES, YOUR TEMPORARY STAFFING EMPLOYER, AND YOUR WORKSITE EMPLOYER WAIVE THE RIGHT TO COMMENCE OR BE PARTY TO ANY REPRESENTATIVE ACTION CLAIM IN ARBITRATION OR ANY OTHER FORUM ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH ANY ASPECT OF YOUR EMPLOYMENT AND SEPARATION. THE PARTIES AGREE THAT ANY CLAIM BY OR AGAINST YOU OR SPLI, THE SPLI ENTITIES, YOUR TEMPORARY STAFFING EMPLOYER OR YOUR WORKSITE EMPLOYER WILL BE HEARD ON AN INDIVIDUAL BASIS WITHOUT CONSOLIDATION OF SUCH CLAIM WITH ANY OTHER PERSON'S OR ENTITY'S CLAIM, INCLUDING PARTICIPATING AS A NAMED AGGRIEVED EMPLOYEE PLAINTIFF OR AS AN AGGRIEVED EMPLOYEE MEMBER OF A REPRESENTATIVE ACTION. THIS PROVISION IS NOT APPLICABLE TO THE EXTENT SUCH WAIVER IS PROHIBITED BY THE LAW OF THE STATE IN WHICH YOU WORK. IF THIS PROVISION DOES NOT APPLY, THE REPRESENTATIVE ACTION CLAIM MUST BE LITIGATED IN A CIVIL COURT OF COMPETENT JURISDICTION.**

13. Any party may apply to the arbitrator seeking injunctive relief until the arbitration award is rendered, or the controversy is otherwise resolved. Any party also may, without waiving any remedy under this Agreement, seek from any court having jurisdiction any interim or provisional relief that is necessary to protect the rights or property of that party, pending the appointment

of the arbitrator or pending the arbitrator's determination of the merits of the controversy. While it is the intent of the parties that this Agreement be fully enforced, to the extent any judicial action is required in aid of this Agreement, the parties agree that any such action will be brought exclusively in the United Stated District Court for the district in which you are or were last employed.

14. The parties expressly acknowledge and agree that this Agreement involves interstate commerce and the interpretation and enforcement of the arbitration provisions herein will be governed by the provisions of the Federal Arbitration Act, 9 U.S.C. § 1 et seq., to the exclusion of any different or inconsistent state or local law, ordinance or judicial rule.

15. New employees must sign this Agreement as a condition of employment.

16. The SPLI Entities, your Temporary Staffing Employer, and your Worksite Employer are express third-party beneficiaries of this Agreement.

17. If for any reason the provisions of this Agreement requiring arbitration of disputes are found to be invalid, unenforceable or void, then **TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, YOU AND SPLI, THE SPLI ENTITIES, YOUR TEMPORARY STAFFING EMPLOYER, AND YOUR WORKSITE EMPLOYER EXPRESSLY AGREE TO WAIVE ANY RIGHT TO SEEK OR DEMAND A JURY TRIAL AND AGREE TO HAVE ANY DISPUTE DECIDED SOLELY BY A JUDGE OF THE COURT.**

18. Nothing in this Agreement modifies the at will nature of your employment which can be terminated at any time, with or without cause.

19. This Agreement may be modified, in whole or in part, or terminated by SPLI only after an authorized SPLI representative provides at least 14 days' written notice of the modification or termination. The Agreement in effect at the time a claim is filed by a party will govern the process by which the claim is determined.

20. This Agreement represents the entire agreement and understanding between you and SPLI, the SPLI Entities, your Temporary Staffing Employer, and your Worksite Employer regarding the subject matter covered herein. This Agreement supersedes all prior understandings and agreements between the parties on the covered subject matter.

---

**Por favor lea cuidadosamente este documento. Describe cómo se manejarán las disputas laborales, si las hay, si no se pueden resolver internamente. Al aceptar el empleo, usted acepta los términos de este Acuerdo de Arbitraje ("Acuerdo").**

Usted acepta y reconoce que South East Personnel Leasing, Inc. y sus subsidiarias (colectivamente "SPLI"), su empleador de personal temporal, si lo hubiera ("Empleador de Personal Temporal") y **FLEETWASH INC dba KRYSTAL KLEAN** (su "Empleador del Lugar de Trabajo"), y usted utilizaran el arbitraje obligatorio para resolver todas las disputas que puedan surgir del contexto laboral.

En consideración a su empleo y otras contraprestaciones, que incluyen pero no se limitan a las promesas incluidas en este documento y la compensación y beneficios pagados a usted, cuyo recibo y suficiencia son reconocidos por las partes, las partes acuerdan los siguientes términos de este Acuerdo.

1. Las "Entidades SPLI" incluye las entidades matrices pasadas, presentes y futuras de SPLI (directa o indirectamente), subsidiarias (directas o indirectas), afiliadas, sucesores legales, predecesores, cesionarios, negocios, inversionistas, así como los propietarios, directores, funcionarios, gerentes, miembros, accionistas. , directores, empleados y agentes de la misma.

2. Cualquier disputa o reclamo de cualquier tipo o naturaleza entre usted y SPLI, cualquiera de las Entidades SPLI aplicables, su Empleador de Personal Temporal , o su Empleador del Lugar de Trabajo que surja de, relacionado con, o en conexión con cualquier aspecto de su empleo o su terminación, incluyendo pero no limitado a reclamos por incumplimiento de contrato, negligencia, agravios, salarios no pagados u otro pago de salario o reclamos relacionados con compensación, discriminación, acoso o represalias en violación del Título VII de la Ley de Derechos Civiles de 1964, los Derechos Civiles de la Ley de 1991, 42 USC § 1981, la Ley de Discriminación por Edad en el Empleo de 1967, la Ley de Estadounidenses con Discapacidades de 1990, la Ley de Permisos Medicos y Familiares de 1993, la Ley de Normas Razonables de Trabajo, la Ley de Informes Crediticios Justos o cualquier otra ley federal, estatal o local , será resuelto por arbitraje definitivo y obligatorio realizado por un solo árbitro imparcial. **AL ACEPTAR EL ARBITRAJE DE RECLAMOS, USTED Y SPLI, LAS ENTIDADES SPLI, SU EMPLEADOR DE PERSONAL TEMPORAL Y SU EMPLEADOR EN EL LUGAR DE TRABAJO ACUERDAN RENUNCIAR AL DERECHO A DISPUTAS CUBIERTAS DECIDIDAS POR UN JUEZ O JURADO.** Este Acuerdo se aplica a todas las disputas o reclamos que surgieron antes y / o después de que este Acuerdo entró en vigencia.

3. Los reclamos para beneficios del seguro estatal de empleo (por ejemplo, compensación por desempleo, compensación laboral) y cualquier otro reclamo que, por ley, no se pueda exigir que se resuelva mediante arbitraje obligatorio, no están cubiertos, y por lo tanto no están sujetos a arbitraje. Además, este Acuerdo no le impide presentar cargos, ni participar en investigaciones conducidas por agencias gubernamentales con supervisión sobre las leyes laborales, incluyendo, entre otros, la Junta Nacional de Relaciones Laborales y la Comisión de Igualdad de Oportunidades de Empleo de EE. UU. En la medida en que un plan de beneficios especifique que un reclamo bajo el plan de beneficios sea sometido a arbitraje según el proceso y/o procedimientos de arbitraje del plan de beneficios, entonces ese proceso de arbitraje y/o procedimientos se aplicarán al reclamo de beneficios.

4. El arbitraje será administrado por la Asociación Americana de Arbitraje ("AAA") bajo sus Reglas de Arbitraje Laboral y Procedimientos de Mediación (incluyendo las Reglas Opcionales para Medidas de Protección de Emergencia), excepto que se disponga lo contrario en este Acuerdo. Estas reglas están disponibles en el sitio web de la AAA ubicado en: https://www.adr.org/.

5. El arbitraje debe iniciarse mediante la presentación de una demanda de arbitraje por escrito que establezca una descripción de la(s) demanda(s) y el remedio solicitado en cualquier oficina de la AAA dentro del plazo establecido por el estatuto de limitaciones de la ley sustantiva aplicable.

6. El arbitraje tendrá lugar en el área metropolitana en la que está o estuvo empleado por última vez, a menos que lo prohíban las leyes aplicables. Las partes pueden acordar otro lugar para el arbitraje.

7. Si SPLI, las Entidades SPLI, su Empleador de Personal Temporal o su Empleador de Lugar de Trabajo presentan un reclamo de arbitraje, pagará todas las tarifas de arbitraje y otros costos de foro cobrados por AAA. Si usted presenta un reclamo de arbitraje, usted pagará una tarifa de presentación de arbitraje de $ 200 cuando se presente el reclamo; SPLI, las Entidades SPLI, su Empleador Temporal de Personal, o su Empleador de Lugar de Trabajo pagarán por el resto de las tarifas de presentación de arbitraje y todos los demás costos de foro de arbitraje cargados por AAA. Sin embargo, si AAA determina que sería una dificultad excesiva para usted pagar su parte de la tarifa de presentación de $ 200, entonces SPLI, las Entidades SPLI, su Empleador Temporal de Personal o su Empleador de Lugar de Trabajo pagarán esa cantidad.

8. Tras concluir que una parte ha soportado su carga de persuasión al establecer una violación de la ley aplicable, el árbitro tendrá el mismo poder y autoridad que un tribunal para otorgar cualquier alivio, incluidos los costos y honorarios de abogados, de conformidad con los principios aplicables de decisiones federales o estatales y la ley estatutaria. El árbitro emitirá una sentencia por escrito e indicará los hallazgos y conclusiones esenciales en los que se basa la sentencia. El fallo sobre la sentencia emitida por el árbitro se puede ingresar en cualquier tribunal que tenga jurisdicción.

9. The El árbitro no tiene autoridad para consolidar reclamos de diferentes personas en un solo procedimiento, ni el árbitro tendrá la facultad de escuchar un arbitraje como grupo, clase o acción colectiva (un grupo, clase o acción colectiva incluye un arbitraje o demanda donde los miembros representativos de un grupo que dice compartir un interés común, busca alivio grupal, de clase o colectivo).

10. Si una de las partes presenta una demanda ante el tribunal para resolver reclamos sujetos a arbitraje, las partes acuerdan que el tribunal desestimará la demanda y exigirá que los reclamos se resuelvan mediante el arbitraje según lo dispuesto en este documento.

11. **RENUNCIA DE ACCIÓN DE CLASE O COLECTIVA: AL CELEBRAR ESTE ACUERDO USTED Y SPLI, LAS ENTIDADES SPLI, SU EMPLEADOR TEMPORAL DE PERSONAL Y SU EMPLEADOR DE LUGAR DE TRABAJO RENUNCIAN AL DERECHO DE COMENZAR O SER PARTE DE UN RECLAMO DE ACCION DE GRUPO, CLASE O COLECTIVA (QUE NO SEAN ACCIONES REPRESENTATIVAS, ABORDADAS POR SEPARADO EN EL PÁRRAFO 12 A CONTINUACIÓN) EN ARBITRAJE O EN CUALQUIER OTRO FORO QUE SURJA DE, RELACIONADO CON, O EN CONEXIÓN CON, CUALQUIER ASPECTO DE SU EMPLEO Y SEPARACIÓN. LAS PARTES ACUERDAN QUE CUALQUIER RECLAMO POR O EN CONTRA DE USTED O SPLI, LAS ENTIDADES SPLI, SU EMPLEADOR TEMPORAL DE PERSONAL Y SU EMPLEADOR DE LUGAR DE TRABAJO SERÁ ESCUCHADO DE MANERA INDIVIDUAL SIN LA CONSOLIDACIÓN DE DICHO RECLAMO CON EL RECLAMO DE OTRA PERSONA O ENTIDAD. ESTA DISPOSICIÓN NO ES APLICABLE EN LA MEDIDA EN QUE DICHA RENUNCIA ESTÉ PROHIBIDA POR LA LEY DEL ESTADO EN EL CUAL USTED TRABAJA. SI ESTA DISPOSICIÓN NO SE APLICA, EL RECLAMO DE GRUPO, CLASE O ACCIÓN COLECTIVA DEBE SER LITIGADO EN UN TRIBUNAL CIVIL DE LA JURISDICCIÓN COMPETENTE.**

12. **RENUNCIA DE ACCIÓN REPRESENTATIVA – AL CELEBRAR ESTE ACUERDO USTED Y SPLI, LAS ENTIDADES SPLI, SU EMPLEADOR TEMPORAL DE PERSONAL Y SU EMPLEADOR DE LUGAR DE TRABAJO RENUNCIAN AL DERECHO DE COMENZAR O SER PARTE DE UN RECLAMO DE ACCION DE GRUPO, CLASE O COLECTIVA EN ARBITRAJE O EN CUALQUIER OTRO FORO QUE SURJA DE, RELACIONADO CON, O EN CONEXIÓN CON, CUALQUIER ASPECTO DE SU EMPLEO Y SEPARACIÓN. LAS PARTES ACUERDAN QUE CUALQUIER RECLAMO POR O EN CONTRA DE USTED O SPLI, LAS ENTIDADES SPLI, SU EMPLEADOR TEMPORAL DE PERSONAL Y SU EMPLEADOR DE LUGAR DE TRABAJO SERÁ ESCUCHADO DE MANERA INDIVIDUAL SIN LA CONSOLIDACIÓN DE DICHO RECLAMO CON EL RECLAMO DE OTRA PERSONA O ENTIDAD, INCLUIDA LA PARTICIPACIÓN COMO EMPLEADO AGRAVIADO DEMANDANTE O COMO UN EMPLEADO AGRAVIADO MIEMBRO DE UNA ACCIÓN REPRESENTATIVA. ESTA DISPOSICIÓN NO ES APLICABLE EN LA MEDIDA EN QUE DICHA RENUNCIA ESTÉ PROHIBIDA POR LA LEY DEL ESTADO EN EL CUAL USTED TRABAJA. SI ESTA DISPOSICIÓN NO SE APLICA, EL RECLAMO DE GRUPO, CLASE O ACCIÓN COLECTIVA DEBE SER LITIGADO EN UN TRIBUNAL CIVIL DE LA JURISDICCIÓN COMPETENTE.**

13. Cualquiera de las partes puede solicitar al árbitro que solicita una medida cautelar hasta que se dicte la sentencia de arbitraje, o la controversia se resuelva de otra manera. Cualquiera de las partes puede, sin renunciar a ningún recurso bajo este Acuerdo, solicitar a cualquier tribunal competente cualquier alivio provisional o interino que sea necesaria para proteger los derechos o propiedad de esa parte, en espera del nombramiento del árbitro o en espera de la determinación del árbitro de los méritos de la controversia. Si bien la intención de las partes es que este Acuerdo se cumpla por completo, en la medida en que se requiera una acción judicial en ayuda de este Acuerdo, las partes acuerdan que dicha acción se presentará exclusivamente en el Tribunal de Distrito de Estados Unidos en el distrito en el cual usted este o estuvo empleado por última vez.

14. Las partes expresamente reconocen y aceptan que este Acuerdo implica comercio interestatal y la interpretación y cumplimiento de las disposiciones de arbitraje en este documento se regirán por las disposiciones de la Ley Federal de Arbitraje, 9 U.S.C. § 1 et seq., con exclusión de cualquier ley, ordenanza o norma judicial estatal o estatal diferente o inconsistente.

15. Los nuevos empleados deben firmar este Acuerdo como una condición de empleo.

16. Las Entidades SPLI, su Empleador Temporal de Personal, o su Empleador de Lugar de Trabajo son expresamente terceros beneficiarios de este Acuerdo.

17. Si por alguna razón las disposiciones de este Acuerdo que requieren arbitraje de disputas son inválidas, inaplicables o nulas, entonces, **EN LA MÁXIMA MEDIDA PERMITIDA POR LA LEY APLICABLE, USTED, LAS ENTIDADES SPLI, SU EMPLEADOR TEMPORAL DE PERSONAL, O SU EMPLEADOR DE LUGAR DE TRABAJO ACEPTAN EXPRESAMENTE RENUNCIAR A CUALQUIER DERECHO A SOLICITAR O EXIGIR UN JUICIO CON JURADO Y ACUERDAN QUE CUALQUIER DISPUTA SEA DECIDIDA ÚNICAMENTE POR UN JUEZ DEL TRIBUNAL.**

18. Nada en este Acuerdo modifica la naturaleza a voluntad de su empleo que puede rescindirse en cualquier momento, con o sin causa.

19. Este Acuerdo puede ser modificado, en su totalidad o en parte, o rescindido por SPLI solo después de que un representante autorizado de SPLI proporcione al menos 14 días de aviso por escrito de la modificación o terminación. El Acuerdo vigente en el momento en que un reclamo es presentado por una parte regirá el proceso por el cual se determina el reclamo.

20. Este Acuerdo representa la totalidad del acuerdo y entendimiento entre usted y SPLI, las Entidades SPLI, su Empleador Temporal de Personal y su Empleador de Lugar de Trabajo con respecto al tema tratado en este documento. Este Acuerdo reemplaza todos los convenios y acuerdos previos entre las partes sobre el tema tratado.

SPLI

By (Por): _[signature]_

Its: Human Resource Administrator (Su: Administrador de Recursos Humanos)

AGREED and ACCEPTED as of (ACORDADO y ACEPTADO a partir de) Feb 24, 20 20

Employee Signature (Firma del Empleado): _[signature]_

Print Employee Name (Nombre impreso del Empleado): John LaCitture