UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

John Laliberte, and all others similarly
situated under 29 U.S.C. 216(b),

      Plaintiff,

v.                                            Case No. 3:21-cv-1179-HES-LLL

Krystal Companies, LLC, d/b/a
Krystal Klean, and Fleetwash, Inc. of
New Jersey d/b/a Fleetwash, Inc.,

      Defendants.

_____/

**O R D E R**

This cause is before this Court on a Joint Notice of Settlement (Dkt. 47).

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this 30th day of April 2022.

                                                   HARVEY E. SCHLESINGER
                                                   UNITED STATES DISTRICT JUDGE

Copies to:
Jordan Lee Richards, Esq.
Jake Blumstein, Esq.
Jacqueline Alyse Van Laningham, Esq.
Daniel Kearney Bean, Esq.
Karen Ibach Bowden, Esq.