UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

John Laliberte, and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

v.                                                 Case No. 3:21-cv-1179-HES-LLL

Krystal Companies, LLC, d/b/a
Krystal Klean, and Fleetwash, Inc. of
New Jersey d/b/a Fleetwash, Inc.,

    Defendants.
_____/

## ORDER

This cause is before this Court on the parties' "Joint Motion for Approval of Settlements and Dismissal with Prejudice" (Dkt. 49). After a thorough review of the Motion and accompanying exhibits, this Court concludes the settlement agreements are fair and reasonable resolutions to these bona fide disputes.

Accordingly, it is **ORDERED**:

1. The parties' "Joint Motion for Approval of Settlements and Dismissal with Prejudice" (Dkt. 49) is **GRANTED**; this Court approves the proposed Settlement Agreements and Mutual Releases, attached to the joint motion;

2. This case is **DISMISSED with PREJUDICE**; and

3. The Clerk is directed to terminate all pending motions and close this

file.

**DONE AND ENTERED** at Jacksonville, Florida, this 23rd day of May 2022.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jordan Lee Richards, Esq.
Jake Blumstein, Esq.
Jacqueline Alyse Van Laningham, Esq.
Daniel Kearney Bean, Esq.
Karen Ibach Bowden, Esq.